811 F.2d 504
 Gary D. SMIDDY, Plaintiff-Appellee,
v.
Dudley D. VARNEY, Sidney Nuckles, Raymond Inglin,
Defendants-Appellants.
 Nos. 83-6507, 85-5687, 85-6007.
 United States Court of Appeals,
Ninth Circuit.
 Feb. 25, 1987.
 
 1
 Richard M. Helgeson, Asst. City Atty., Los Angeles, Cal., for defendants-appellants.
 
 
 2
 Talcott, Vandevelle & Woehrle, Michael Lightfoot and Carla Woehrle, Los Angeles, Cal., for plaintiff-appellee.
 
 
 3
 Prior Report: 803 F.2d 1469, 9th Cir.
 
 
 4
 Before GOODWIN and NELSON, Circuit Judges, and SCHWARZER, District Judge.*
 
 ORDER
 
 5
 The petition for rehearing is granted in part.
 
 
 6
 The following language, reported at 803 F.2d 1473, first column, first full paragraph, eighth sentence, is deleted:
 
 
 7
 The city is entitled to recover its costs and attorneys' fees in this court on its successful appeals.
 
 
 8
 The full court was advised of the suggestion for rehearing en banc. No active judge requested a vote on whether to rehear the matter en banc. (Fed.R.App.P. 35.)
 
 
 9
 In all other respects the petition for rehearing with suggestion for rehearing en banc is denied.
 
 
 
 *
 The Honorable William W. Schwarzer, United States District Judge, Northern District of California, sitting by designation